UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KRISTINE ROSE SANTOS,　　　　　　　　　　NO. CIV. 2:09-02642 WBS DAD

        Plaintiff,

    v.　　　　　　　　　　　　　　　　　ORDER RE: SANCTIONS

COUNTRYWIDE HOME LOANS,
RESURGENT CORP SERVICE,
RECONTRUST COMPANY, N.A., and
DOES 1-100, inclusive,

        Defendants.
                                /

----oo0oo----

        On November 6, 2009, the court issued an Order requiring plaintiff's counsel, Richard A. Taguinod, to either pay sanctions of $200.00 to the Clerk of the Court or show good cause for his noncompliance with Local Rule 78-230(c) within ten days of that Order.  (Docket No. 10.)  More than ten days have passed, and Mr. Taguinod has failed to either submit a statement showing good cause for his noncompliance with the Local Rules or pay

1

1 sanctions to the Clerk of the Court.[1]

2          IT IS THEREFORE ORDERED that if plaintiff's attorney
3 does not comply with this court's order of November 6, 2009
4 within ten days from the date of this Order this action will be
5 dismissed.

6 DATED:   November 18, 2009

8           WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

---

[1] As the court noted in its November 6, 2009 Order, this is not the first time Mr. Taguinod has disregarded the Local Rules.  In <u>Butera v. Countrywide Home Loans, Inc.</u>, Mr. Taguinod similarly failed to file any papers in response to a motion to dismiss in violation of Local Rule 78-230(c).  No. CV F 09-1677 LJO SMS, 2009 WL 348973, at *1 (E.D. Cal. Oct. 26, 2009).